# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2582

_____

Charles Armstrong,

        Appellant,

v.

Barbara DeBois,

        Appellee.

\*
\*
\*
\*
\*
\*    Appeal from the United States
\*    District Court for the Eastern
\*    District of Missouri.
\*
\*        (UNPUBLISHED)

_____

Submitted: December 22, 2000

Filed: January 5, 2001

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Charles Armstrong appeals the district court's[1] order dismissing his pro se civil rights complaint against private-party defendant Barbara Debois. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii); Bray v. Alexandria Women's

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

Health Clinic, 506 U.S. 263, 267-68 (1993); West v. Atkins, 487 U.S. 42, 48 (1988). Accordingly, we affirm.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.